UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
KINGVISION PAY-PER-VIEW LTD.,                  :
                                                :
                Plaintiff,                      :         **ORDER**
                                                :
        -against-                               :         06-CV-0619 (DLI)(CLP)
                                                :
SUTPHIN COCKTAIL LOUNGE, INC. et al.,          :
                                                :
                Defendants.                     :
---------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Cheryl L. Pollak, U.S.M.J., dated July 25, 2006; and

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that the default entered by the Clerk of the Court is vacated and the complaint is dismissed without prejudice to plaintiff's refiling these claims as separate actions against the Sutphin defendants and the Monumento defendants. It is further hereby

ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.


DATED:    Brooklyn, New York
          August 23, 2006

                                            _____/s/_____
                                                 DORA L. IRIZARRY
                                              United States District Judge